(105 So. 168)

## Ex parte SOUTHERN LIFE & HEALTH INS. CO. et al. (6 Div. 467.)

(Supreme Court of Alabama. June 25, 1925.)

Certiorari to Court of Appeals.

Huey & Welch, of Bessemer, for petitioners.

SOMERVILLE, J. Petition of the Southern Life & Health Insurance Company and L. O. Lowe for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of So. L. & H. Ins. Co. et al. v. Morgan, 105 So. 161.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.